UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

GEORGE W. DRAPER, III, et al.,            )
                                          )
          Plaintiffs                      )
                                          )
     vs.                                  )      Case No.   4:05CV02024 AGF
                                          )
STATE FARM MUTUAL AUTOMOBILE )
INSURANCE COMPANY,                        )
                                          )
          Defendant.                      )

## ORDER

Pursuant to representations in Plaintiffs' response to Defendant's motion to

compel discovery responses,

**IT IS HEREBY ORDERED** that Defendant's motion to compel discovery

responses is **DENIED** as moot. [Doc. #15]


_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 31st day of May, 2006.